UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 27 A 10: 39

US DISTRICT COURT
HARTFORD CONN

| | |
|---|---|
| MARIE BOHRER, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>- against -<br><br>GENERAL ELECTRIC FINANCIAL ASSURANCE,<br><br>Defendant. | CIVIL ACTION NO.<br>3:02-CV-01477 (AWT)<br><br><br><br><br><br>October 24, 2003 |

## DEFENDANT'S INITIAL MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FOURTH SET OF DISCOVERY REQUESTS

Pursuant to Local Rule 9(b), Defendant General Electric Financial Assurance hereby moves for a fifteen (30) day extension of time, up to and including December 3, 2003, within which to serve its objections and responses to Plaintiff's Fourth Set of Interrogatories and Requests for Production of Documents, served on October 1, 2003 in Civil Action No. 3:02-CV-01477 (AWT). Defendant requests this extension in order to gather information required to address each of Plaintiff's discovery requests.

Plaintiff's counsel consents to this request.

This is Defendant's first request to extend the time within which to respond to Plaintiff's Fourth Set of Interrogatories and Requests for Production of Documents.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, Defendant respectfully requests that this Motion for Extension of Time to Respond to Plaintiff's Fourth Set of Interrogatories and Requests for Production of Documents, up to and including December 3, 2003, be granted.

DATED: October 24, 2003          Respectfully submitted,

DEFENDANT GENERAL ELECTRIC
FINANCIAL ASSURANCE

By: _____
Carla R. Walworth (ct00458)
Patrick W. Shea (ct07071)
Peter M. Schultz (ct19425)
Neil B. Stekloff (ct19778)
Raymond W. Bertrand (ct22968)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
carlawalworth@paulhastings.com

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of October, 2003, a copy of the foregoing Initial Motion for Extension of Time to Respond to Plaintiff's Fourth Set of Discovery Request (Civil Action No. 3:02 CV-01477 (AWT)) was served on Plaintiff's counsel by first class mail at the following addresses:

> Anthony J. Pantuso, III
> Richard E. Hayber, Esq.
> Hayber & Pantuso, LLC
> 221 Main Street
> Suite 400
> Hartford, CT 06106

> William Madsen, Esq.
> Madsen, Prestley & Parenteau, LLC
> 44 Capitol Avenue, #201
> Hartford, CT 06106

_____
Raymond W. Bertrand

STM/261445.1