49

02CV1477motcont

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 29 P 2: 2
U.S. DISTRICT COURT
HARTFORD, CT.

MARIE BOHRER, individually and
on behalf of other similarly situated
individuals
        Plaintiffs

: CIVIL ACTION NO.:
:
: 3:02 CV 01477 (AWT)
:
- against -

GENERAL ELECTRIC FINANCIAL
ASSURANCE
        Defendant

December 23, 2003

## MOTION ON CONSENT FOR CONTINUATION OF DEADLINE TO COMPLETE DISCOVERY

The parties, through their undersigned counsel, hereby move for an order from this court to extend the deadline to complete discovery. That deadline is currently December 31, 2003. The parties have been working diligently with each other on discovery matters and have exchanged thousands of pages of documents. The plaintiff has submitted to one full day of deposition questioning. Plaintiff has also taken two depositions of defense witnesses. Additional depositions are now scheduled. There are recent interrogatories and document requests which remain outstanding. The parties believe that they can complete discovery by March 31, 2004 and therefore request a 90 day extension of the current discovery deadline to complete all discovery. The parties also reserve the right to file additional motions for extensions of time should the need arise. This is the first motion to extend the deadline to complete discovery. This case is not yet assigned for trial.

**ORAL ARGUMENT IS NOT REQUESTED / TESTIMONY IS NOT REQUIRED**

Extension GRANTED. Discovery shall be completed by March 31, 2004. It is so ordered.

02CV1477Mend49

Alvin W. Thompson, U.S.D.J.
Hartford, CT  1/8/04