UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL**



| | |
|---|---|
| MARIE BOHRER, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>- against -<br><br>GENERAL ELECTRIC FINANCIAL ASSURANCE,<br><br>Defendant. | CIVIL ACTION NO.<br>3:02-CV-01477 (AWT)<br><br><br>February 19, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FOURTH AND FIFTH SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), Defendant General Electric Financial Assurance hereby moves for an extension of time, up to and including March 18, 2004, within which to serve its objections and responses to Plaintiff's Fourth and Fifth Sets of Interrogatories and Requests for Production of Documents. Defendant requests this extension in order to gather information required to address each of Plaintiff's discovery requests.

Plaintiff's counsel consents to this request.

This is Defendant's third request to extend the time within which to respond to Plaintiff's Fourth Set of Discovery Requests and Defendant's initial request to extend time within which to respond to Plaintiff's Fifth Set of Discovery Requests.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, Defendant respectfully requests that this Motion for Extension of Time to Respond to Plaintiff's Fourth and Fifth Sets of Discovery Requests, up to and including March 18, 2004, be granted.

DATED: February 19, 2004

Respectfully submitted,

DEFENDANT GENERAL ELECTRIC
FINANCIAL ASSURANCE

By: *[signature]*

Carla R. Walworth (ct00458)
Patrick W. Shea (ct07071)
Peter M. Schultz (ct19425)
Neil B. Stekloff (ct19778)
Raymond W. Bertrand (ct22968)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
raymondbertrand@paulhastings.com

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of February, 2004, a copy of the foregoing **Defendant's Motion for Extension of Time to Respond to Plaintiff's Fourth and Fifth Sets of Interrogatories and Requests for Production (Civil Action No. 3:02 CV-01477 (AWT))** was served on Plaintiff's counsel via UPS overnight mail to the following addresses:

>Anthony J. Pantuso, III
>Richard E. Hayber, Esq.
>Hayber & Pantuso, LLC
>221 Main Street
>Suite 400
>Hartford, CT 06106

>William Madsen, Esq.
>Madsen, Prestley & Parenteau, LLC
>44 Capitol Avenue, #201
>Hartford, CT 06106

_____
Raymond W. Bertrand

STM/268894.1
02/19/04 17317.00474