ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIE BOHRER, individually and on behalf of other similarly situated individuals,<br><br>    Plaintiff,<br><br>- against -<br><br>GENERAL ELECTRIC FINANCIAL ASSURANCE,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:02-CV-01477 (AWT)<br><br>February 19, 2004 |



### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FOURTH AND FIFTH SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), Defendant General Electric Financial Assurance hereby moves for an extension of time, up to and including March 18, 2004, within which to serve its objections and responses to Plaintiff's Fourth and Fifth Sets of Interrogatories and Requests for Production of Documents. Defendant requests this extension in order to gather information required to address each of Plaintiff's discovery requests.

Plaintiff's counsel consents to this request.

This is Defendant's third request to extend the time within which to respond to Plaintiff's Fourth Set of Discovery Requests and Defendant's initial request to extend time within which to respond to Plaintiff's Fifth Set of Discovery Requests.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

Extension GRANTED, absent objection, to and including March 18, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT