UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 10 A 11: 30
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| MARIE BOHRER, individually and | : | |
| on behalf of other similarly situated | : | |
| individuals | : | CIVIL ACTION NO.: |
| Plaintiffs | : | |
| | : | 3 :02 CV 01477 (AWT) |
| | : | |
| - against - | : | |
| | : | |
| GENERAL ELECTRIC FINANCIAL | : | |
| ASSURANCE | : | March 9, 2004 |
| Defendant | | |

MOTION ON CONSENT FOR CONTINUATION OF
DEADLINE TO COMPLETE DISCOVERY

I have the consent of Attorney Ray Bertrand to request an order from this court to extend the deadline to complete discovery. The deadline is currently March 31, 2004. In December 2003, Defendant approached Plaintiff with the suggestion of discussing settlement. Defendant has diligently been attempting to obtain and put together a settlement proposal, but, to date, has not despite its best efforts. Plaintiff has been patiently waiting for a concrete settlement proposal but, as yet, none has been forthcoming. For these reasons, the parties jointly hereby request the extension of discovery deadline to June 30, 2004. Plaintiff reserves the right to file additional motions for extensions of time should the need arise.

ORAL ARGUMENT IS NOT REQUESTED / TESTIMONY IS NOT REQUIRED

Richard E. Hayber, Counsel for Plaintiff, has spoken with Counsel for Defendant, Raymond Bertrand, who consents to and joins this Motion. For the foregoing reason, this Motion should be granted.

THE PLAINTIFF(S),
MARIE BOHRER, ET AL

By: _____
Anthony J. Pantuso, III,
Hayber & Pantuso, LLC
Fed. Bar No: ct11629
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
Attorney for the Plaintiffs

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this date to the following counsel of record:

Raymond Bertrand
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901

Craig Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford CT 06106

_____
Anthony J. Pantuso, III