UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIE BOHRER, individually and
on behalf of other similarly situated
individuals
    Plaintiffs

: CIVIL ACTION NO.:
:
: 3:02 CV 01477 (AWT)

- against -

GENERAL ELECTRIC FINANCIAL
ASSURANCE
    Defendant

: March 9, 2004

## MOTION ON CONSENT FOR CONTINUATION OF DEADLINE TO COMPLETE DISCOVERY

I have the consent of Attorney Ray Bertrand to request an order from this court to extend the deadline to complete discovery. The deadline is currently March 31, 2004. In December 2003, Defendant approached Plaintiff with the suggestion of discussing settlement. Defendant has diligently been attempting to obtain and put together a settlement proposal, but, to date, has not despite its best efforts. Plaintiff has been patiently waiting for a concrete settlement proposal but, as yet, none has been forthcoming. For these reasons, the parties jointly hereby request the extension of discovery deadline to June 30, 2004. Plaintiff reserves the right to file additional motions for extensions of time should the need arise.

*Extension GRANTED, absent objection, to and including June 30, 2004. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT    03/12/04*

ORAL ARGUMENT IS NOT REQUESTED / TESTIMONY IS NOT REQUIRED