```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-----------------------------------x
MARIE BOHRER, individually and on  :
behalf of other similarly          :
situated individuals,              :
                                   :
                    Plaintiffs,    :
                                   :
v.                                 : Civil No. 3:02CV1477(AWT)
                                   :
GENERAL ELECTRIC FINANCIAL         :
ASSURANCE,                         :
                                   :
                    Defendant.     :
-----------------------------------x
```

## ORDER OF DISMISSAL

After a telephonic hearing held today, the court has concluded that a bona fide dispute of both fact and law was involved in this litigation. The court has reviewed the claims of the named plaintiff and has also considered the terms of the proposed settlement. Having done so, the court has independently concluded that the proposed settlement is fair and reasonable. Therefore, the court has approved the parties' joint stipulation of dismissal.

Accordingly, IT IS HEREBY ORDERED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the plaintiff's Rule 23 claims brought on behalf of other individuals alleged to be similarly situated to her are hereby dismissed without prejudice, that the plaintiff's individual claims are hereby dismissed with prejudice, and that this case is hereby dismissed with prejudice.

The Clerk shall close this case.

It is so ordered.

Dated this 25th day of August 2004, at Hartford, Connecticut.

```
                              _____/s/_____
                                    Alvin W. Thompson
                              United States District Judge
```