UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIE BOHRER, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>- against -<br><br>GENERAL ELECTRIC FINANCIAL ASSURANCE,<br><br>Defendant. | CIVIL ACTION NO.<br>3:02-CV-1477(AWT) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to any party as against any other party. This Stipulation may be filed with the Clerk of the Court without further notice.

_____
Richard E. Hayber (ct11629)
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
(860)522-8888
Attorney for Plaintiff

_____
Carla R. Walworth (ct00458)
Raymond W. Bertrand (ct22968)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
(203) 961-7400 ph.
(203) 359-3031 fx.
E-mail: carlawalworth@paulhastings.com
Attorneys for General Electric Financial
Assurance Holdings, Inc.

STM /275798.1

## CERTIFICATION

The undersigned, a Member of the Bar of this Court, hereby certifies that he has caused to be served via U.P.S. overnight mail a true and correct copy of the foregoing Joint Stipulation of Dismissal on this 25th day of August, 2004, on:

>    Richard E. Hayber
>    Hayber & Pantuso LLC
>    221 Main Street, Suite 400
>    Hartford, CT  06106


                                            _____
                                            Raymond W. Bertrand