02cv1477stipdism
**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| MARIE BOHRER, individually and on behalf of other similarly situated individuals,<br><br>                    Plaintiff,<br><br>         - against -<br><br>GENERAL ELECTRIC FINANCIAL ASSURANCE,<br><br>                    Defendant. | CIVIL ACTION NO.<br>3:02-CV-1477(AWT) |

2004 AUG 25  P 3: 58
U.S. DISTRICT COURT
HARTFORD, CT

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to any party as against any other party. This Stipulation may be filed with the Clerk of the Court without further notice.

Richard E. Hayber (ct11629)
Hayber & Pantuso LLC
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
Attorney for Plaintiff

Carla R. Walworth (ct00458)
Raymond W. Bertrand (ct22968)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
(203) 961-7400 ph.
(203) 359-3031 fx.
E-mail: carlawalworth@paulhastings.com
Attorneys for General Electric Financial
Assurance Holdings, Inc.

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    08/25/04

STM /275798.1